**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK GOTTLIEB,<br><br>       Plaintiff,<br><br>   v.<br><br>THE HABIT RESTAURANTS, INC.,<br>CHRISTOPHER K. REILLY, ALLAN W.<br>KARP, IRA ZECHER, A. WILLIAM<br>ALLEN III, RUSSEL W. BENDEL, IRA<br>FILS, JOSEPH J. KADOW, and KARIN<br>TIMPONE,<br><br>       Defendants. | Case No.: 20-cv-966 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 27, 2020

                                    **MOORE KUEHN, PLLC**

                                    */s/Justin Kuehn*
                                    Justin A. Kuehn
                                    Fletcher W. Moore
                                    30 Wall Street, 8th floor
                                    New York, New York 10005
                                    Tel: (212) 709-8245
                                    jkuehn@moorekuehn.com
                                    fmoore@moorekuehn.com

                                    *Attorneys for Plaintiff*